IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RIDVAN OGUZ AKBAY,

Plaintiff,

v.

TODD BLANCHE, Acting U.S. Attorney General; MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security; JOSEPH EDLOW, Director of U.S. Citizenship and Immigration Services; JOHN PRUHS, Director of the USCIS Milwaukee Field Office,

Defendants.

ORDER

26-cv-485-jdp

---

Plaintiff Ridvan Oguz Akbay filed a complaint asking this court to adjudicate his application for naturalization because the government did not act within 120 days as required by the law. Both sides now ask the court to exercise its authority to "remand the matter, with appropriate instructions, to the [U.S. Citizen and Immigration] Service to determine the matter." 8 U.S.C. § 1447(b). Specifically, they ask the court to remand the matter to USCIS, direct the agency to adjudicate plaintiff's application within 15 days, and, if approved, to schedule plaintiff for naturalization in Milwaukee.

The stipulation is APPROVED, and the case is REMANDED to USCIS. USCIS is directed to adjudicate plaintiff's naturalization application by September 3, and, if the agency approves the application, to schedule plaintiff for the next available naturalization ceremony in Milwaukee, Wisconsin.

The clerk of court is directed to close the case. If the government does not adjudicate the application by September 3, plaintiff may move to reopen the case.

Entered August 19, 2026.

BY THE COURT:

/s/

JAMES D. PETERSON
District Judge